**Order entered September 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00893-CV

## FELIPE DELEON, JR., Appellant

### V.

## ROSA BENITEZ, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV97-00151-S**

## ORDER

Before the Court are appellant's "motion for leave to file for indigent and permanent injunction with affidavit in support" and "motion to file for indigent with affidavit and order in support." Appellant appears to be seeking to proceed in this appeal without payment of costs and relief from a sixty-year sentence.

We note the clerk's record includes a copy of a statement of inability to afford payment of court costs appellant filed in the trial court, and nothing in the record reflects appellant has been ordered to pay costs. *See* TEX. R. CIV. P. 145(a). Our case management system also reflects appellant filed a statement of inability to afford payment of court costs in this Court. Pursuant to Texas Rule of Civil Procedure 145(a) and Texas Rule of Appellate Procedure 20.1, appellant is entitled to proceed without payment of costs. *See* TEX. R. CIV. P. 145(a); TEX. R.

APP. P. 29.1. Accordingly, to the extent appellant seeks to proceed as indigent, we **DENY** the motions as moot. We also **DENY** the motions to the extent appellant seeks relief from the sixty-year sentence.

/s/    KEN MOLBERG
           JUSTICE